AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations     GRM/jlm (15491)
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District Of New York

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Joseph Camp | Case No.   6:10CR06186-001 |
| | USM No.   18474-055 |
| | Donald Thompson, Esq. |
| | Defendant's Attorney |

*FILED JUL 3 2014 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    2    of the term of supervision.

☐ was found in violation of condition(s)         after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2/Standard Condition | The defendant shall answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer. | April 15, 201 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Violation Number(s)     1, 3, & 4     are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 26, 2014
Date of Imposition of Judgment

*/s/ Signature of Judge*

Honorable David G. Larimer, U.S. District Judge
Name and Title of Judge

July 2, 2014
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

GRM/jlm (15491)

Judgment — Page 2 of 2

DEFENDANT: Joseph Camp
CASE NUMBER: 6:10CR06186-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Five (5) months to run concurrent to the sentence of Docket #6:14-CR-06069. No supervised release.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL